Joseph Allen
Strikes 4 Kids
8639 Windsor Pointe Way
Elk Grove, CA 95624
(559) 241-4412

**FILED**

APR 0 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Joseph Allen,

    Plaintiff.

vs.

Strikes Unlimited/Doug Brown

    Defendants (s).

COMPLAINT 2:13-cv-0684 KJM DAD (PS)

On January 16, 2013, I notified Strikes Unlimited in regards to their Strikes Unlimited "Celebrity Bowling Classic" being held on March 9, 2013 at Strikes Unlimited. This event is an identical replica of my Strikes 4 Kids Charity Bowling Tournament even using the same host "Adrian Ross" that I held there on August 25, 2012. The event information, copyrighted images and copyrighted videos were "willfully copyrighted" for your companies monetary gain. I have documentation of all original documents. In this enclosed packet you will find conversations via social media, text messages and emails. This clearly shows that even though we were in communication that there was no mention or request for permission to use any images.

I am seeking $250,000 in total damages for for Statutory Damages for losses plus any profits that Strikes 4 Kids will endure for the inability to host another Strikes 4 Kids event in Rocklin. This "Bowling Classic" completely devalues the 2nd Annual Strikes 4 Kids event and damages the established relationship with Strikes 4 Kids and the Placer Board of Realtors based in Rocklin creates a now overwhelming challenge to persuade them to drive 45 minutes to Elk Grove to participate. The loss of those sponsors in the Rocklin community as well. $2000 for each use of the 60 copyrighted images, $3000 for each video (2) used for promotional materials via "work being prepared for commercial distribution" over a publicly-accessible computer network.

1

Enclosed on Exhibit A from August 27, 2012. In my conversation with Mr. Shane Barker and Mr. Doug Brown. Mr. Brown expressed extreme interest in becoming apart of Strikes 4 Kids as an official partner. Mr. Brown then asked "When I would like to get together with him and Mr. Barker about the event and the success and future of my great idea". In my response I stated " There would be very little reason for me to give up any percentage in my company". Mr. Brown and Mr. Barker then proceeded to wish me the best of luck in for my organization.

Mr. Brown clearly knew his "willful copyright" intention of recreating my event once I rejected the opportunity of any partnership. Conversations continued on a regular basis with myself and Mr. Brown frequently text messaging one another on the progression of our companies. Mr. Brown was in the process of getting his Rocklin Sports Complex approved by the City of Rocklin. Not once did he mention a recreation of this event, ask for permission to use photos/videos nor did he disclose any information in regards to this to me.

Mr. Brown contacted me in regards to how I managed to get airline sponsors for my bowling events. I proceeded to give him directly contact information for Community Relations Directors at Southwest Airlines and Alaska Airlines. In these discussions Mr. Brown never relayed his reason for seeking this information. I then spoke with Mrs. Johnson at Alaska Airlines in which she stated to me it was for a bowling event. I began to research this and found my exact event recreated.

In the testimonals page on their website www.angelsinthealley.org all mentions include a participate of my Strikes 4 Kids event. Each testimony mentions "Strikes 4 Kids".

According to the United States Copyright Infringement laws "Willful Infringement" {If a copyright owner can show that the infringement was willful, the court may increase statutory damages up to a maximum of $150,000. An infringement may be found to be willful if the infringer had knowledge that the activity constituted infringement or reckless disregard the possibility of infringement}

Criminal liability is a five-year felony if: The defendant committed these crimes "for purposes of commercial advantage or private financial gain" or "pre-release piracy in which by the distribution of a work being prepared for commercial distribution, by making it available on a computer network accessible to members of the public in which is a blatant violation of 17 U.S.C 506 (a)(1)(C), by distribution.

In this case matter I plan to pursue this penalty to the maximum extent. Mr. Brown was well aware of his actions and proceeded to put together this event in efforts to cut my company Strikes 4 Kids out of the equation. In doing so Mr. Brown has now devalued the 2nd Annual Strikes 4 Kids event in which we will be forced to move our event to Elk Grove and attempt to persuade those companies in the Rocklin community to come to Elk Grove in which their business is not located.

*Joseph Allen*

Joseph Allen
Strikes 4 Kids
8639 Windsor Pointe Way
Elk Grove, CA 95624
(559) 241-4412

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Joseph Allen,

    Plaintiff,

vs.

Strikes Unlimited/Doug Brown

    Defendants (s).

                                  PROOF OF SERVICE

Eastern District of California,/

      I, the undersigned, hereby certify that I am over the age of eighteen years old on April 4, 2013. I served a copy of the complaint in the United States District Court Eastern District of California by placing a copy in a postage paid envelope addressed to the person hereinafter listed by depositing said envelope in the United States Mail:

Strikes Unlimited
5870 Lonetree Blvd
Rocklin, CA 95765

Doug Brown
5870 Lonetree Blvd
Rocklin, CA 95765

501 I Street
Room 4-200
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct

                                                            *Joseph Allen*
                                                               (Signed)